**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JUDICIAL WATCH, INC., *Plaintiff*, v. U.S. DEPARTMENT OF JUSTICE, *Defendant*. | Civil Action No. 18-1333 (DLF) |

**JOINT STATUS REPORT**

The parties, by and through counsel, respectfully submit this Joint Status Report pursuant to the Court's Minute Order dated March 22, 2019.

As previously reported in the parties' March 21, 2019 Joint Status Report, Defendant has released records to Plaintiff in response to Plaintiff's FOIA request with portions withheld under FOIA Exemption (b)(6) (5 U.S.C. § 552(b)(6)).

Plaintiff has been reviewing Defendants' production to determine if there any issues left to resolve with the sufficiency of Defendants' searches and responses. Plaintiff respectfully requests additional time to complete its review and identify any outstanding issues. The parties propose to further meet and confer after Plaintiff's review is complete and request that the Court direct the parties to submit another joint status report identify any issues still in dispute and proposing a schedule for further proceedings on or before June 14, 2019.

2

| | |
|---|---|
| Dated:  April 24, 2019 | Respectfully submitted, |
| By:  /s/ James F. Peterson<br>JAMES F. PETERSON<br>D.C. Bar No. 450171<br>JUDICIAL WATCH, INC.<br>425 Third Street SW, Suite 800<br>Washington, DC 20024<br>(202) 646-5172<br>jpeterson@judicialwatch.org<br><br>*Counsel for Plaintiff* | JESSIE K. LIU<br>D.C. Bar 472845<br>United States Attorney<br><br>DANIEL F. VAN HORN<br>D.C. Bar 924092<br>Chief, Civil Division<br><br>By:  /s/ Daniel P. Schaefer<br>DANIEL P. SCHAEFER<br>D.C. Bar 996871<br>Assistant United States Attorney<br>555 4th Street, N.W.<br>Washington, D.C. 20530<br>(202) 252-2531<br>Daniel.Schaefer@usdoj.gov<br><br>*Counsel for Defendant* |